### Commonwealth *v.* Knuckles, Appellant.

Submitted September 10, 1973.  *William E. Knuckles*, appellant, in propria persona; *Stewart J. Greenleaf*, Assistant District Attorney, *William T. Nicholas*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Order affirmed.

### Commonwealth *v.* Kubeca, Appellant.

Submitted November 12, 1973.  *Edwin M. Clark, Jr.*, and *Holsinger and Clark*, for appellant; *W. Thomas Malcolm*, District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., absent.